UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF AGO,

                Petitioner,

v.                                                      Case No. 8:09-cv-976-T-17TBM

MICHAEL ODU,

                Respondent.
_____

**ORDER**

This cause is before the Court on:

Dkt.    32     Report and Recommendation

The Court referred Petitioner's Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Be Entered Against Respondent and Incorporated Memorandum of Law (Dkt. 3) and Respondent's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 13) to the assigned Magistrate judge to conduct a hearing and for a Report and Recommendation.  Magistrate Judge McCoun conducted a hearing on June 29, 2009, and has issued a Report and Recommendation in which is recommended that Petitioner's and Respondent's motions should be denied

The Court has independently reviewed the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts the Report and Recommendation, and incorporates it herein by reference. Accordingly, it is

1

**ORDERED** that the Report and Recommendation (Dkt. 32) is adopted and incorporated by reference. Respondent's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 13) is **denied.** Petitioner's Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Be Entered Against Respondent and Incorporated Memorandum of Law (Dkt. 3) is **denied**. The parties shall have twenty (20) days from this date to notify the Court as to what other issues remain to be addressed in this case and to determine when they will be prepared to submit a Case Management Report for this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 20th day of July, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsels of record